# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellant,

v

RICHARD ALLAN McKENZIE, JR.,

        Defendant-Appellee.

UNPUBLISHED
June 16, 2016

No. 328740
Mackinac Circuit Court
LC No. 15-003602

Before: MARKEY, P.J., and OWENS and BOONSTRA, JJ.

BOONSTRA (*concurring*).

        I fully concur in the majority opinion, and additionally incorporate the reasoning set forth in my concurring in part and dissenting in part opinion in *People v Henry (After Remand)*, 305 Mich App 127, 163-191; 854 NW2d 114 (2014) (BOONSTRA, J., concurring in part and dissenting in part).

                                      /s/ Mark T. Boonstra